COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        Ex parte Richard Vincent Letizia

Appellate case number:      01-16-00808-CR

Trial court case number:    2112524

Trial court:                County Criminal Court at Law No. 10 of Harris County

Appellant, Richard Vincent Letizia, has filed a "Request of Supplemental Reporter's Record for Trial Court Cause Number 2112524 Submitted to this Court on April 19, 2018." The motion is **granted**.

We direct the Clerk of this Court to deliver to appellant, at the most recent address he has provided, a copy of the one-volume reporter's record of the April 10, 2018 hearing, filed in this Court on April 19, 2018.

It is so ORDERED.

Judge's signature: /s/ Russell Lloyd
                   ☑ Acting individually    ☐ Acting for the Court

Date: June 28, 2018